**Lloyd J. PHILLIPS, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7022.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2014.

---

J. Myers Morton, Morton & Morton, PLLC, of Knoxville, TN, argued for claimant-appellant.

L. Misha Preheim, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Claudia Burke, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Amanda R. Blackmon, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

TARANTO, BRYSON, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**